## 57325. GUARANTEE TRUST LIFE INSURANCE COMPANY v. DAVIS.

BIRDSONG, Judge.

Our judgment in *Guarantee Trust Life Ins. Co. v. Davis,* 149 Ga. App. 826 (256 SE2d 76) has been affirmed in part and reversed in part (*Guarantee Trust Life Ins. Co. v. Davis,* 244 Ga. 541). Accordingly, in conformity with the mandate of the opinion of the Supreme Court, that portion of the trial court's judgment confirming Davis' claimed entitlement to the $2,000 coverage is affirmed, but that portion of the judgment granting Davis penalties and attorney fees is reversed.

*Judgment affirmed in part and reversed in part. Quillian, P. J., and Smith, J., concur.*

ARGUED MAY 12, 1979 — DECIDED NOVEMBER 19, 1979.

*Mikel L. Purcell,* for appellant.
*J. Max Davis, William R. Carlisle,* for appellee.